UTICA,
August, 1823.

MUMFORD
v.
STOCKER.

MUMFORD *against* STOCKER.

Bringing debt upon a judgment, and re- covering and perfecting a judgment thereon in an- other court, is no satisfac- tion of the first.
The second judgment must be satisfied, in fact, to war- rant a motion for entry of satisfaction up- on the record in the first.

N. P. TALMADGE, moved to enter satisfaction on the judgment record in this Court, on the ground that the plaintiff had sued, and recovered, and perfected a judgment thereon, in the *Seneca* Common Pleas.

*Collier*, contra.

*Curia.* The motion must be denied. The judgment of the Common Pleas was not an extinguishment of the judgment here.   Both debts are of equal degree.   Satisfaction cannot be entered upon motion, on the ground of a recovery in another Court, until the judgment there is, *in fact*, satisfied.(*a*)

Motion denied.

(*a*) Vid. *Briggs* v. *Thompson*, 20 *John.* 294.